IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Petitioner,

vs.

CIVIL ACTION NO.: CV511-031

UNITED STATES OF AMERICA and
EDWARD J. TARVER, U.S. Attorney,

    Respondents.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, it appears that Petitioner Franklin Williams ("Williams") objects to this Court's rulings in several other of the many cases Williams has filed with this Court. Williams asserts that the Report and Recommendation the Magistrate Judge submitted in this case should be rejected, though Williams does not offer anything in support of this assertion.

Williams are Objections are **overruled**. Williams' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 15th day of June, 2011.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)